THE STATE OF OHIO, APPELLEE, *v.* DUMAS, APPELLANT.

[Cite as *State v. Dumas* (1996), 75 Ohio St.3d 455.]

(No. 95–2386—Submitted March 5, 1996—Decided May 15, 1996.)

*Michael Miller*, Franklin County Prosecuting Attorney, and *Susan Day*, Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker*, Ohio Public Defender, and *Barbara A. Farnbacher*, Assistant Public Defender, for appellant.

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., not participating.